**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5145-16T1

WENDY KAPLAN,

    Plaintiff-Respondent,

v.

JAY KAPLAN,

    Defendant-Appellant.

_____

Submitted August 7, 2018 — Decided August 10, 2018

Before Judges Mayer and Mawla.

On appeal from Superior Court of New Jersey,
Chancery Division, Family Part, Sussex County,
Docket No. FM-19-0095-13.

Laemers Murphy & Neggia, LLC, attorneys for
appellant (Peter J. Laemers, on the briefs).

Wendy Kaplan, respondent pro se.

PER CURIAM

    Defendant Jay Kaplan appealed from a June 23, 2017 order.
The parties have amicably resolved the issue on appeal, and agreed
to a stipulation of dismissal. Accordingly, it is hereby ordered

the appeal is dismissed with prejudice and without costs to either party, pursuant to Rule 2:8-2.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION